Dismissed and Memorandum Opinion filed February 9, 2006









Dismissed and Memorandum Opinion filed February 9,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00020-CR

____________

 

RICHARD COLLIN MILLS,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
230th District Court

Harris County,
Texas

Trial Court Cause No. 1048380

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to the offense of burglary of
a habitation.  In accordance with the
terms of a plea bargain agreement with the State, the trial court sentenced
appellant on December 9, 2005, to confinement for three years in the
Institutional Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of
appeal.  We dismiss the appeal.  








The trial court entered a certification of the defendant=s right to appeal in which the court
certified that this is a plea bargain case, and the defendant has no right of
appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial court=s certification is included in the
record on appeal.  See Tex. R. App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v. State, 154 S.W.3d 610,
615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed February 9, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost. 

Do Not Publish C Tex. R.
App. P. 47.2(b).